1-of-2

WJM

United States District Court
For The District Of Colorado


Alton Davis

Plaintiff

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 1 4 2015

JEFFREY P. COLWELL
CLERK

V.


Federal Bureau Of Prisons

Defendant


Motion Requesting Appointment
Of Counsel


Plaintiff Alton Davis, now moves this honorable court for appointment of counsel in accordance with McCarthy v. Weinberg 753 F.2d 836, 838 (10th Cir 1985). Plaintiff bares the burden of convincing the court that his claim's has sufficient merit's to warrant such appointment. Also citing United States v. Masters, 484 F.2d 1251, 1253 (10th Cir 1973).

A review of the prisoners complaint is extremely clear from the issue's raised within the claim's in this case, along with the exhibit's in support of each argument raised here in, is not only convincing but also obvious the overwhelming merit's here is more than sufficient to warrant this request for counsel.

2-of-2

This court should also take into consideration
the fact that plaintiff is not an attorney nor
has he has any adequate knowledge of the
law and how to apply said law to the issues
surrounding this case, and due to the complications
surrounding this case, it is only logical that this
court appoint counsel

Respectfully Submitted

Date -: 5-11-2015      A. De

59854-054

Proof of Service

I Alton Davis 59854-054 plaintiff pro-se
hereby certify that a copy of this Motion mailed
to the defendants in this case on the date of
May, 11, 2015 as required


Respectfully Submitted
Date -: 5-11-2015          Plaintiff
                            A. Da
                            59854-054

Name Davis Allen
Reg. No. 59854-054
U.S. Penitentiary Max.
P.O. Box 8500
Florence, CO 81226-8500

Legal Mail

Office of The Clerk
United States District Court
Alfred A. Arraj Courthouse
901-19th St, Room A105
Denver, CO, 80094-3589

DENVER CO 8002
12 MAY 2015 PM 2 L

8029425015L

Legal Mail

