IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00884-WJM-MJW

ALTON DAVIS,

Plaintiff(s),

v.

FEDERAL BUREAU OF PRISONS,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby **ORDERED** that the plaintiff's Motion to Amend Complaint (Docket No. 19) is denied without prejudice.  Plaintiff has not submitted a proposed amended pleading.  See D.C.COLO.LCIvR15(b).  Instead, he merely makes the very general assertion that he seeks to amend his Complaint "in order for him to adequately argue all the issue's [sic] raised in each claims in the complaint."  (Docket No. 19 at 3).

Date: June 4, 2015