United States District Court
For The District of Colorado

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL - 8 2015

JEFFREY P. COLWELL
CLERK

Alton Davis
Plaintiff

V        Case No. 15-cv-0088-WJM-MJW

Federal Bureau Of Prisons
Defendant

Motion In The Form Of A Question

Plaintiff Alton Davis now moves this honorable court in the request for, (1) Plaintiff had made a request to the clerk on tuesday June, 16, for the forms to amend his complaint, unfortunately he received the form's on friday July 3rd. But plaintiff had also received a copy of defendants motion to dismiss on friday June 19th, which he had started working on a response to said motion.

Plaintiff now request to know if it would be more appropriate to complete and submit the response to the motion to dismiss, and then do the amendment after, or do the amendment before the response, and then submit said

response after the amendment request?
(2) Plaintiff also request that if this court thinks it is more appropriate for plaintiff to complete the response first. Then plaintiff request additional time to respond to the motion to dismiss which he received June 19th, until August 30th

Date: 7-6-2015

Respectfully Submitted
A. De____
59854-054

Proof of Service

I Alden Davis 59854-054, plaintiff pro-se hereby certify that a copy of this motion be mailed to the defendant in this case on the date of July 6, 2015, as required.

Date: 7-6-2015

Respectfully Submitted
Plaintiff
A. D[av]—
59854-054