IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00884-WJM-MJW

ALTON DAVIS,

Plaintiff(s),

v.

FEDERAL BUREAU OF PRISONS,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

      It is hereby **ORDERED** that plaintiff's Motion in the Form of a Question (Docket No. 29) is granted in part and denied in part as follows.  The motion is denied to the extent plaintiff is seeking legal advice from the court as to whether he should amend his pleading before he responds to the motion to dismiss.  The motion is granted in part with respect to plaintiff's request for an extension of time to August 30, 2015, to respond to the motion to dismiss.  Plaintiff shall have up to and including **July 31, 2015**, to file a response to Defendant's Motion to Dismiss (Docket No. 25).

Date: July 8, 2015