IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00884-WJM-MJW

ALTON DAVIS,

Plaintiff,

v.

FEDERAL BUREAU OF PRISONS,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby **ORDERED** that plaintiff's Motion in the Form of a Question and a Request (Docket No. 37) is granted as follows. Plaintiff is granted leave to file a sur-reply to the defendant's motion to dismiss (Docket No. 25). Plaintiff shall have up to and including September 25, 2015, to file his sur-reply.

Date: September 4, 2015