IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00884-WJM-MJW

ALTON DAVIS,

Plaintiff,

v.

FEDERAL BUREAU OF PRISONS,

Defendant.

**MINUTE ORDER**

Entered by Magistrate Judge Michael J. Watanabe

      It is hereby ORDERED that Plaintiff's Motion Requesting to Amend Complaint (Docket No. 52) is GRANTED in part as follows.  The Clerk of the Court shall mail to Plaintiff a copy of the prisoner complaint form.  Plaintiff is reminded that, as explained in District Judge Martinez's March 24, 2016 Order:

> If Plaintiff wishes to move for leave to file an amended complaint, his
> motion must be postmarked no later than April 30, 2016, and must include
> a copy of his proposed amended complaint. If no timely motion is
> received, the Court will enter judgment against Plaintiff without further
> notice.

(Docket No. 50 at 17) (emphasis omitted).

Date: April 5, 2016